NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

ENVIRONMENTAL SAFETY CONSULTANTS, INC.
AND PETER C. NWOGU

*Plaintiffs-Appellants,*

v.

UNITED STATES,

*Defendant-Appellee.*

---

2011-5081

---

Appeal from the United States Court of Federal Claims in case no. 10-CV-191, Chief Judge Emily C. Hewitt.

---

## ON MOTION

---

## ORDER

The appellants move for the reinstatement of his appeal and for a 45-day extension of time, until September 16, 2011, to file his initial brief.

Any motion to reconsider the dismissal of this appeal was due no later than 14 days after the court dismissed this appeal. Fed. Cir. R. 45(a)(1). The appeal was dismissed on July 15, 2011. The motion to reinstate was

filed on August 4, 2011, or 20 days after entry of the dismissal.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are rejected as untimely. The revised official caption is reflected above.

FOR THE COURT

AUG 2 6 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Peter C. Nwogu
    Francis O. Kadiri, Esq.
    David F. D'Alessandris, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 6 2011

JAN HORBALY
CLERK